**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-0187503** |

| | |
|---|---|
| **4.** | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Jim Fletcher** **513 SE 52nd Ave** **Ocala, FL 34471** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Marion** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11.  *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

Debtor   **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**
Case number (*if known*)
Name

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2023**
              MM / DD / YYYY

**X** **/s/ James R Fletcher** _____        **James R Fletcher** _____
Signature of authorized representative of debtor              Printed name

Title   **Managing Member** _____

**18. Signature of attorney**

**X** **/s/ Fawn Singletary** _____        Date   **May 19, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Fawn Singletary 771902** _____
Printed name

**Law Office of Fawn Singletary** _____
Firm name

**2600 SE Lake Weir Ave**
**Ocala, FL 34471** _____
Number, Street, City, State & ZIP Code

Contact phone   **(352) 629-4858** _____        Email address   **fawn@fawnsingletary.com** _____

**771902 FL** _____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ___

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2023**          X **/s/ James R Fletcher**
                                        Signature of individual signing on behalf of debtor

                                        **James R Fletcher**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **3,216.20**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **3,216.20**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **19,401.96**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **355,542.65**

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b      $     **374,944.61**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Renasant Bank** | **Checking** | **5585** | $140.53 |
| 3.2.  **Renasant Bank** | **Checking** | **9498** | $40.67 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                            $181.20
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**  Case number *(If known)* _____

Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 5 Computers, 4 keyboards, 2 printers, 3 scanners, 5 moitors, 4 filing cabinets, bar stool,  4 plastic shelves,  large shredder, stepladder, laptop, 14 CPAP masks, 3 shower chairs, 2 commodes, 7 canes,  seat lift mechanism, 3 pairs of crutches, 1 tranfer bench, step stool, 3 cork boards, hand truck, 2 nebulizers, 6 app pumps, 12 walkers, heat therapy pump, 5 CPM's, 3 suction machines, freestanding wheelchair ramp, 5 Portable Oxygen Concentrators, 5 multi-purpose sanitizer machines, 4 CPAP's and misc CPAP supples | $0.00 | Comparable sale | $3,035.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | $3,035.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

Debtor   **Comfort Care Medical Supplies & Rentals, LLC dba**
**Your Home Medical-Ocala**                                    Case number *(If known)*   _____
_____
Name

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Comfort Care Medical Supplies & Rentals, LLC dba**
         **Your Home Medical-Ocala**
         Name

Case number *(If known)*

_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $181.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,035.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,216.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,216.20 |

**Fill in this information to identify the case:**

Debtor name: **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Florida Depart of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **2022**

Basis for the claim: **Remployment Tax**

Last 4 digits of account number **1707**

Is the claim subject to offset?

☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,847.99** | **$5,847.99** |
|---|---|---|---|---|

**Florida Depart of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred **2021-2022**

Basis for the claim: **Sales and Use Tax**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba** | Case number (if known) |
|---|---|---|
| | **Your Home Medical-Ocala** | |
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,609.03 | $1,437.05 |
|---|---|---|---|---|
| | **George Albright, Tax Collector, Marion Co 503 SE 25th Avenue Ocala, FL 34471** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**2021 Tangible Personal Property Taxes** | | |
| | Last 4 digits of account number **0800** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830.20 | $770.28 |
|---|---|---|---|---|
| | **George Albright, Tax Collector, Marion Co 503 SE 25th Avenue Ocala, FL 34471** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**2020 Tangible Personal Property Taxes** | | |
| | Last 4 digits of account number **0800** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,386.72 | $1,296.45 |
|---|---|---|---|---|
| | **George Albright, Tax Collector, Marion Co 503 SE 25th Avenue Ocala, FL 34471** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**2019 Tangible Personal Property Taxes** | | |
| | Last 4 digits of account number **0800** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,891.50 | $1,891.50 |
|---|---|---|---|---|
| | **George Albright, Tax Collector, Marion Co 503 SE 25th Avenue Ocala, FL 34471** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**2022 Tangible Personal Property Tax** | | |
| | Last 4 digits of account number **0800** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,836.52 | $5,728.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ADT Security Services**<br>**P.O. Box 371878**<br>**Pittsburgh, PA 15250** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.75 |
| | Date(s) debt was incurred _ | Basis for the claim:  **Security Service** | |
| | Last 4 digits of account number  **3260** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Airgas USA, LLC**<br>**259 N Radnor Chester Rd #100**<br>**Radnor, PA 19087** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.80 |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Brick City Interactive, LLC**<br>**22 S Pine Avenue**<br>**Ocala, FL 34471** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $747.00 |
| | Date(s) debt was incurred _ | Basis for the claim:  **Website & Email Management** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Brightree by ResMed**<br>**125 Technology Parkway**<br>**Peachtree Corners, GA 30092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,657.64 |
| | Date(s) debt was incurred  **2021** | Basis for the claim:  **Software Services** | |
| | Last 4 digits of account number  **FL02** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Brightree Patient**<br>**Collections LLC**<br>**125 Technology Parkway**<br>**Peachtree Corners, GA 30092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $264.06 |
| | Date(s) debt was incurred _ | Basis for the claim:  **Software Services** | |
| | Last 4 digits of account number  **751** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba**<br>**Your Home Medical-Ocala** |
| | Name |

Case number (*if known*) _____

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,129.44**

**Brown & Fortunato**
P.O. Box 9418
Amarillo, TX 79105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,085.67**

**Compass Health Brands**
P.O. Box 71591
Chicago, IL 60694

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **0094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$496.88**

**Cox Business**
Department # 103045
PO Box 1259
Oaks, PA 19456

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **6702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.78**

**Dex imaging**
PO Box 17299
Clearwater, FL 33762

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00**

**Doctor In The House, Inc**
1515 Dekalb Pike, Suite 100
Blue Bell, PA 19422

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,497.47**

**Electronic Billing Srvcs Inc**
138 N Prairie Ave
Sikeston, MO 63801

Date(s) debt was incurred _

Last 4 digits of account number  **8783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Billing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$363.70**

**First American Payment Syste**
ATTN: Crystal
100 Throckmorton Street
Ste 1800
Fort Worth, TX 76102

Date(s) debt was incurred _

Last 4 digits of account number  **4231**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.09** |
|---|---|---|
| **GEMCO Medical**<br>**5640 Hudson Industrial Pkwy**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Supplies** | |
| Last 4 digits of account number  **3281** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.60** |
|---|---|---|
| **Golden Technologies**<br>**401 Bridge Street**<br>**Old Forge, PA 18518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Equipment & Supplies** | |
| Last 4 digits of account number  **1186** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|
| **i Think Techology Group, LLC**<br>**316 SE 8th St**<br>**Ocala, FL 34471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Phone Service** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|
| **Integrated Medical**<br>**Systems, Inc**<br>**594 Territorial Drive**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Equipment Rental** | |
| Last 4 digits of account number  **1876** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,299.82** |
|---|---|---|
| **Jim Fletcher**<br>**513 SE 52nd Ave**<br>**Ocala, FL 34471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Unreimbursed expenses and guaranteed payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,649.37** |
|---|---|---|
| **Kapitus Servicing, Inc**<br>**2500 Wilson Blvd, Ste 350**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2020** | Basis for the claim:  **Loan** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,120.14** |
|---|---|---|
| **Medical Billing Solutions**<br>**Nationwide, Inc**<br>**3111 N Universty Dr, Ste 902**<br>**Coral Springs, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Billing Company** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba**<br>**Your Home Medical-Ocala** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,306.32** |
| --- | --- | --- | --- |

**Melissa Fletcher**
**513 SE 52nd Ave**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Unpaid payroll**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.00** |
| --- | --- | --- | --- |

**Mustard Seed Investments LLC**
**611 N Summit Street**
**Crescent City, FL 32112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,735.91** |
| --- | --- | --- | --- |

**On Deck Capital, Inc**
**901 N Stuart Street, Ste 700**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
| --- | --- | --- | --- |

**Oxy GO**
**2200 Principal Row**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,218.33** |
| --- | --- | --- | --- |

**Pawnee Leasing Corporation**
**3801 Automation Way, Ste 207**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number  **1129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.60** |
| --- | --- | --- | --- |

**Paychex of New York LLC**
**6870 Shadowridge Dr, Ste 101**
**Orlando, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Payroll Company**

Last 4 digits of account number  **0760**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,769.10** |
| --- | --- | --- | --- |

**Philips RS North America LLC**
**f/k/a Respironics, Inc**
**6501 Living Place**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2021**

**Basis for the claim:**  **Equipment & Supplies**

Last 4 digits of account number  **9447**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba** | Case number (if known) | |
|---|---|---|---|
| | **Your Home Medical-Ocala** | | |
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Prime MedEquip**
**Quality Biomedical, Inc**
**6891 102nd Ave N, Suite A**
**Pinellas Park, FL 33782**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment & Service**

Is the claim subject to offset? ■ No ☐ Yes

**$2,607.62**

---

**3.28** | Nonpriority creditor's name and mailing address
**Public Storage  f/k/a**
**Neighborhood Storage**
**2930 SE 58th Ave**
**Ocala, FL 34480**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Storage Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$625.26**

---

**3.29** | Nonpriority creditor's name and mailing address
**Renasant Bank**
**P.O. Box 6354**
**Fargo, ND 58125**

Date(s) debt was incurred _
Last 4 digits of account number  **3941**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$4,818.15**

---

**3.30** | Nonpriority creditor's name and mailing address
**ResMed**
**PO Box 534593**
**Atlanta, GA 30353**

Date(s) debt was incurred _
Last 4 digits of account number  **5024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment & Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$75.88**

---

**3.31** | Nonpriority creditor's name and mailing address
**Verizon Wireless**
**500 Technology Dr, Ste 550**
**Weldon Spring, MO 63304**

Date(s) debt was incurred _
Last 4 digits of account number  **2242**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cellular Service**

Is the claim subject to offset? ■ No ☐ Yes

**$809.56**

---

**3.32** | Nonpriority creditor's name and mailing address
**VGM Assoc Ltd**
**VGM and Associates**
**PO Box 2817**
**Waterloo, IA 50704**

Date(s) debt was incurred _
Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$570.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**VGM Financial Services**
**PO Box 4130**
**Hopkins, MN 55343**

Date(s) debt was incurred _
Last 4 digits of account number  **7842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Finace Company**

Is the claim subject to offset? ■ No ☐ Yes

**$11,864.70**

---

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,115.01 |
| --- | --- | --- | --- |

**Wells Fargo Vendor Financial Services, LLC**
**Customer Service**
**P.O. Box 3072**
**Cedar Rapids, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number _7186_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Finance Company_

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Caine & Weiner**<br>**PO Box 55848**<br>**Sherman Oaks, CA 91413** | Line _3.26_<br>☐ Not listed. Explain ____ | _9447_ |
| 4.2 | **Caine & Weiner**<br>**12005 Ford Rd, Ste 300**<br>**Dallas, TX 75234** | Line _3.1_<br>☐ Not listed. Explain ____ | _5147_ |
| 4.3 | **GEMCO Medical**<br>**P.O. Box 429**<br>**Hudson, OH 44236** | Line _3.13_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Marcadis Singer, P.A.**<br>**5104 S Westshore Blvd.**<br>**Tampa, FL 33611** | Line _3.26_<br>☐ Not listed. Explain ____ | _3940_ |
| 4.5 | **Nguyen Ballato**<br>**2201 Libbie Ave**<br>**Richmond, VA 23230** | Line _3.18_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Robert A. Solove, Esq**<br>**PO Box 560608**<br>**Miami, FL 33256** | Line _3.24_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Vincent E Aubrey**<br>**Aubrey Thrasher, LLC**<br>**1170 Peachtree Street NE**<br>**Atlanta, GA 30309** | Line _3.22_<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Wells Fargo Vendor Fin Svcs**<br>**1010 Thomas Edison Blvd Sw**<br>**Cedar Rapids, IA 52404** | Line _3.34_<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Weltman, Weinberg & Reis Co**<br>**965 Keynote Circle**<br>**Cleveland, OH 44131** | Line _3.7_<br>☐ Not listed. Explain ____ | _6713_ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba** | Case number (*if known*) | |
|---|---|---|---|
| | **Your Home Medical-Ocala** | | |
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 19,401.96 |
| **5b. Total claims from Part 2** | 5b. + | $ | 355,542.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 374,944.61 |

**Fill in this information to identify the case:**

Debtor name    **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **James Fletcher** | **513 SE 52nd Ave**<br>**Ocala, FL 34471** | **Kapitus Servicing, Inc** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.2 | **James Fletcher** | **513 SE 52nd Ave**<br>**Ocala, FL 34471** | **On Deck Capital, Inc** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.3 | **James Fletcher** | **513 SE 52nd Ave**<br>**Ocala, FL 34471** | **Pawnee Leasing Corporation** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.4 | **James Fletcher** | **513 SE 52nd Ave**<br>**Ocala, FL 34471** | **Renasant Bank** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba** |  | Case number *(if known)* | |
|---|---|---|---|---|
|  | **Your Home Medical-Ocala** |  |  |  |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|---|

| 2.5 | **James Fletcher** | **513 SE 52nd Ave**<br>**Ocala, FL 34471** | **First American**<br>**Payment Syste** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $849.67 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $114,500.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $407,166.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala | Case number *(if known)* |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jim Fletcher** 513 SE 52nd Ave Ocala, FL 34471 **Managing Member** | **6/8/22** | **$1,200.00** | **Partial payment of Loan to business** |
| 4.2. **Jim Fletcher** 513 SE 52nd Ave Ocala, FL 34471 **Managing Member** | **over past year** | **$4,127.29** | **Expense Reimbursement** |
| 4.3. **Melissa Fletcher** 513 SE 52nd Ave Ocala, FL 34471 **spouse of managing member** | **6/8/22** | **$208.80** | **Reimburse for postage** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kapitus Servicing Inc vs James Fletcher and Comfort Care Medical Supplies & Rentals, LLC D/B/A Your Home Medical-Ocala CL22-0912** | **Complaint** | **Henrico County Circuit Court** P.O. Box 90775 4309 East Parham Road Henrico, VA 23273 | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor | Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala | Case number *(if known)* | |

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Pawnee Leasing Corporation, vs Comfort Care Medical Supplies & Rentals, LLC d/b/a Your Medical Home, a/k/a Your Medical Home-Ocala, and James Fletcher a/k/a James R Fletcher 21CA002230AX** | **Complaint** | **Marion County Clerk of Court PO Box 1030 Ocala, FL 34480** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **On Deck Capital, Inc vs Comfort Care Medical Supplies & Rentals, LLC and James Fletcher CL22001543-00** | **Complaint** | **Clerk of Circuit Court of Arlington Co 1425 N Courthouse Rd, 6th Floor Arlington, VA 22201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **In re: Petition of Marion County Tax Collector 2023-CA-2100** | **Tax Collection** | **Marion County Clerk of Court PO Box 1030 Ocala, FL 34480** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**     Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Fawn Singletary 2600 SE Lake Weir Ave Ocala, FL 34471** | **Attorney Fees** | **2/7/22-10/3/ 22** | **$2,800.00** |
| **Email or website address fawn@fawnsingletary.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **North Florida Medical Sales & Rentals of Gainesville, Inc 3558 NW 97th Blvd Gainesville, FL 32606** | **6 Wheelchairs, Transfer Bench, 16 Concentrators and Wheelchair Cushions,** | **8/31/22** | **$5,000.00** |
| **Relationship to debtor None** | | | |
| 13.2. **Albert from Facebook Marketplace unknown** | **1 Scanner and 2 Display Cases** | **8/30/22** | **$245.00** |
| **Relationship to debtor None** | | | |
| 13.3. **Oscar from Facebook Marketplace unknown** | **3 Metal Shelves, 3 Desks, 2 Filing Cabinets, 1 Knee Walker and , 4 Wheelchairs,** | **9/1/22** | **$690.00** |
| **Relationship to debtor None** | | | |

Debtor **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**　　Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Misc Facebook Marketplace Buyers** | **Chair, Metal Supply Cabinet, Microwave, 3 Plastic Shelves,** | **8/30 & 8/31/22** | **$100.00** |
| | Relationship to debtor **None** | | | |
| 13.5. | **Merriam  Santiago 1655 N Magnolia Ave Ocala, FL 34475** | **2 Filing Cabinets,  Fridge,  2 Plastic Shelves,** | **8/29/22** | **$115.00** |
| | Relationship to debtor **Business Neighbor** | | | |
| 13.6. | **Randy from Facebook Marketplace unknown** | **Pallet Jack** | **9/4/22** | **$120.00** |
| | Relationship to debtor **None** | | | |
| 13.7. | **Fawn Singletary 2600 SE Lake Weir Ave Ocala, FL 34471** | **1 shower Chair and step ladder** | **10/13/22** | **$30.00** |
| | Relationship to debtor **Attorney** | | | |
| 13.8. | **Sego's Home Medical Equipment 1317 Garden Street Titusville, FL 32796** | **Oxygen Accounts** | **6/7/22** | **$9,500.00** |
| | Relationship to debtor **None** | | | |
| 13.9. | **Wanda** | **Printer** | **9/7/22** | **$45.00** |
| | Relationship to debtor **Facebook Respondant** | | | |
| 13.10. | **Carmen** | **4 folding chairs** | **11/19/22** | **$40.00** |
| | Relationship to debtor **Facebook Respondant** | | | |

**Part 7:**　Previous Locations

**14. Previous addresses**
　　List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number *(if known)* | |
|--------|------|------|------|

| Address | | Dates of occupancy From-To |
|---------|--|----------------------------|

---

**Part 8:**　Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

---

**Part 9:**　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|--|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| 18.1. | **South State** | **XXXX-4358** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Apx March 2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala** | Case number *(if known)* |
|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage fka Neighborhood Storage**<br>**2930 SE 58th Ave**<br>**#615**<br>**Ocala, FL 34480** | **James and Melissa Fletcher**<br>**513 SE 52nd Ave**<br>**Ocala, FL 34471** | **Business Inventory and Office Items** | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Debtor **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**     Case number *(if known)*   _____

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Collier, Jernigan, Eastman & Zublick, PA** **550 NE 25th Ave** **Ocala, FL 34470** | **2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Collier, Jernigan, Eastman & Zublick PA** **550 NE 25th Avenue** **Ocala, FL 34470** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jim Fletcher** | **513 SE 52nd Ave** **Ocala, FL 34471** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor    **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**    Case number *(if known)* _____

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Melissa Fletcher**<br>**513 SE 52nd Ave**<br>**Ocala, FL 34471** | **9259.48** | **over the past year** | **payroll for services provided** |
| | Relationship to debtor<br>**Spouse of managing member** | | | |
| 30.2. | **Jim Fletcher**<br>**513 SE 52nd Ave**<br>**Ocala, FL 34471** | **2838.94** | **over the past year** | **LLC owner payroll (guaranteed payments)** |
| | Relationship to debtor<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:** **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **May 19, 2023**

   **/s/ James R Fletcher**                              **James R Fletcher**
   Signature of individual signing on behalf of the debtor    Printed name

   Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re  **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

Case No.

Debtor(s)  Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 19, 2023**

**/s/ James R Fletcher**

**James R Fletcher**/**Managing Member**
Signer/Title

Comfort Care Medical Supplies & Rentals
c/o Jim Fletcher
513 SE 52nd Ave
Ocala, FL 34471

CaiLnC &dbWaemier Home Medical-Ocala
12005 Ford Rd, Ste 300
Dallas, TX 75234

GEMCO Medical
P.O. Box 429
Hudson, OH 44236

Fawn Singletary
Law Office of Fawn Singletary
2600 SE Lake Weir Ave
Ocala, FL 34471

Compass Health Brands
P.O. Box 71591
Chicago, IL 60694

George Albright, Tax
Collector, Marion Co
503 SE 25th Avenue
Ocala, FL 34471

ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250

Cox Business
Department # 103045
PO Box 1259
Oaks, PA 19456

Golden Technologies
401 Bridge Street
Old Forge, PA 18518

Airgas USA, LLC
259 N Radnor Chester Rd #100
Radnor, PA 19087

Dex imaging
PO Box 17299
Clearwater, FL 33762

i Think Techology Group, LLC
316 SE 8th St
Ocala, FL 34471

Brick City Interactive, LLC
22 S Pine Avenue
Ocala, FL 34471

Doctor In The House, Inc
1515 Dekalb Pike, Suite 100
Blue Bell, PA 19422

Integrated Medical
Systems, Inc
594 Territorial Drive
Bolingbrook, IL 60440

Brightree by ResMed
125 Technology Parkway
Peachtree Corners, GA 30092

Electronic Billing Srvcs Inc
138 N Prairie Ave
Sikeston, MO 63801

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Brightree Patient
Collections LLC
125 Technology Parkway
Peachtree Corners, GA 30092

First American Payment Syste
ATTN: Crystal
100 Throckmorton Street
Ste 1800
Fort Worth, TX 76102

James Fletcher
513 SE 52nd Ave
Ocala, FL 34471

Brown & Fortunato
P.O. Box 9418
Amarillo, TX 79105

Florida Depart of Revenue
5050 W Tennessee St
Tallahassee, FL 32399

Jim Fletcher
513 SE 52nd Ave
Ocala, FL 34471

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

GEMCO Medical
5640 Hudson Industrial Pkwy
Hudson, OH 44236

Kapitus Servicing, Inc
2500 Wilson Blvd, Ste 350
Arlington, VA 22201

Marcadis Singer, P.A.
5104 S Westshore Blvd.
Tampa, FL 33611

Philips RS North America LLC
f/k/a Respironics, Inc
6501 Living Place
Pittsburgh, PA 15206

Vincent E Aubrey
Aubrey Thrasher, LLC
1170 Peachtree Street NE
Atlanta, GA 30309

Medical Billing Solutions
Nationwide, Inc
3111 N Universty Dr, Ste 902
Coral Springs, FL 33065

Prime MedEquip
Quality Biomedical, Inc
6891 102nd Ave N, Suite A
Pinellas Park, FL 33782

Wells Fargo Vendor Fin Svcs
1010 Thomas Edison Blvd Sw
Cedar Rapids, IA 52404

Melissa Fletcher
513 SE 52nd Ave
Ocala, FL 34471

Public Storage   f/k/a
Neighborhood Storage
2930 SE 58th Ave
Ocala, FL 34480

Wells Fargo Vendor Financial
Services, LLC
Customer Service
P.O. Box 3072
Cedar Rapids, IA 52406

Mustard Seed Investments LLC
611 N Summit Street
Crescent City, FL 32112

Renasant Bank
P.O. Box 6354
Fargo, ND 58125

Weltman, Weinberg & Reis Co
965 Keynote Circle
Cleveland, OH 44131

Nguyen Ballato
2201 Libbie Ave
Richmond, VA 23230

ResMed
PO Box 534593
Atlanta, GA 30353

On Deck Capital, Inc
901 N Stuart Street, Ste 700
Arlington, VA 22203

Robert A. Solove, Esq
PO Box 560608
Miami, FL 33256

Oxy GO
2200 Principal Row
Orlando, FL 32837

Verizon Wireless
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Pawnee Leasing Corporation
3801 Automation Way, Ste 207
Fort Collins, CO 80525

VGM Assoc Ltd
VGM and Associates
PO Box 2817
Waterloo, IA 50704

Paychex of New York LLC
6870 Shadowridge Dr, Ste 101
Orlando, FL 32812

VGM Financial Services
PO Box 4130
Hopkins, MN 55343

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

Debtor(s)

Case No. _____

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,800.00** |
| Prior to the filing of this statement I have received | $ | **2,800.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions, 2004 exams or any other adversary proceeding.**

<div style="border:1px solid">

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 19, 2023**
_Date_

**/s/ Fawn Singletary**
**Fawn Singletary 771902**
_Signature of Attorney_
**Law Office of Fawn Singletary**
**2600 SE Lake Weir Ave**
**Ocala, FL 34471**
**(352) 629-4858   Fax: (352) 629-3327**
**fawn@fawnsingletary.com**
_Name of law firm_

</div>

# United States Bankruptcy Court
## Middle District of Florida

In re   **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**

_____   Case No. _____
                                 Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 19, 2023**                         **/s/ Fawn Singletary**
_____     _____
Date                                     **Fawn Singletary 771902**
                                     Signature of Attorney or Litigant
                                     Counsel for   **Comfort Care Medical Supplies & Rentals, LLC dba Your Home Medical-Ocala**
                                     _____
                                     **Law Office of Fawn Singletary**
                                     **2600 SE Lake Weir Ave**
                                     **Ocala, FL 34471**
                                     **(352) 629-4858 Fax:(352) 629-3327**
                                     **fawn@fawnsingletary.com**